IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ROTONDO WEIRICH ENTERPRISES, INC. | : | BANKRUPTCY NO. 15-16146(ELF) |
| | : | |
| Debtor | : | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| ROTONDO WEIRICH, INC. | : | BANKRUPTCY NO. 15-16147(ELF) |
| | : | |
| Debtor | : | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| THREE NORTH POINTE ASSOCIATES, LLC | : | BANKRUPTCY NO. 15-16148(ELF) |
| | : | |
| Debtor | : | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| RW LEDERACH, LLC | : | BANKRUPTCY NO. 15-16149(ELF) |
| | : | |
| Debtor | : | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| RW 675, LLC | : | BANKRUPTCY NO. 15-16150(ELF) |
| | : | |
| Debtor | : | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| RW MOTORSPORTS, INC. | : | BANKRUPTCY NO. 15-16151(ELF) |
| | : | |
| Debtor | : | |

**ORDER GRANTING DEBTORS' MOTION FOR THE
SCHEDULING OF AN EXPEDITED HEARING ON "FIRST DAY" MOTIONS**

AND NOW, this __31st__ day of __August__, 2015, upon consideration of the Debtors' Motion for the Scheduling of an Expedited Hearing on "First Day" Motions (the "Motion"); and for good cause shown

**IT IS ORDERED,** as follows:

1. The following motions are set down for hearing before the **Honorable Eric L. Frank on September __4__, 2015 at __9:30__ a.m. in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107:**

    a. Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015(b) and Granting Other Related Relief;

    b. Debtors' Motion for an Order Pursuant to 11 U.S.C. § 363(c) and Fed.R.Bankr.P. 4001 Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection;

    c. Motion of Rotondo Weirich Enterprises, Inc. for an Order (a) Authorizing the Debtor to Pay Certain Pre-Petition (i) Wages, Salaries, and Other Compensation, (ii) Reimbursable Employee Expenses, and (iii) Employee Medical and Similar Benefits; (b) Confirming that the Debtor may Continue Pre-Petition Employee Programs in the Ordinary Course of Business; and (c) Directing Banks and Other Financial Institutions to Honor all Related Checks and Electronic Payment Requests;

    d. ~~Motion for Entry of Interim and Final Orders: (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Services; (II) Deeming Utility Companies to have Adequate Assurance of Payment; and (III) Establishing Procedures for Determining Requests for Additional Assurance Pursuant to 11 U.S.C. § 366(b); and~~

    e. Motion for Entry of an Order Extending Debtors' Time to File Schedules and Statements of Financial Affairs Pursuant to Fed.R.Bankr.P. 1007(c).

2. Service of the: (i) within Order, (ii) Motion, (iii) Notice (the "Notice") of Date of Expedited Hearing, Matters that will be heard at the Expedited Hearing and How to Respond (in

the form attached to ~~the Motion as Exhibit "A"),~~ this Order and (iv) First Day Motions shall be made in accordance with Local Bankruptcy Rule 1002-2(d).

3. Objections and/or responses to First Day Motions, if any, shall be made in accordance with Local Bankruptcy Rule 1002-2(e) as put forth in the Notice.

_____
HONORABLE ERIC L. FRANK ,
CHIEF U.S. BANKRUPTCY JUDGE

4. A hearing on the Motion for Entry of Interim and Final Orders: (I) Prohibiting Utility Companies from Discontinuing, Altering Or Refusing Services and (II) Deeming Utility Companies to Have Adequate Assurance of Payment Pursuant to 11 U.S.C. §366 is scheduled on September 16, 2015, at 11:00 a.m. The Debtor shall serve the Motion in accordance with L.B.R. 9014-3(g).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| ROTONDO WEIRICH ENTERPRISES, INC. | : | BANKRUPTCY NO. 15-16146(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| ROTONDO WEIRICH, INC. | : | BANKRUPTCY NO. 15-16147(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| THREE NORTH POINTE ASSOCIATES, LLC | : | BANKRUPTCY NO. 15-16148(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| RW LEDERACH, LLC | : | BANKRUPTCY NO. 15-16149(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| RW 675, LLC | : | BANKRUPTCY NO. 15-16150(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| RW MOTORSPORTS, INC. | : | BANKRUPTCY NO. 15-16151(ELF) |
| Debtor | : | |

**NOTICE OF DATE OF EXPEDITED HEARING, MATTERS THAT
WILL BE HEARD AT THE EXPEDITED HEARING, AND HOW TO RESPOND**

Rotondo Weirich Enterprises, Inc.; Rotondo Weirich, Inc.; Three North Pointe Associates, LLC; RW Lederach, LLC; RW 675, LLC; and RW Motorsports, Inc. (collectively, the "Debtors") have filed chapter 11 cases, a Statement of Qualification for Complex Chapter 11 Case Status, and a Motion for Scheduling an Expedited Hearing.

The chapter 11 cases are being administered under L.B.R. 1002-(2) as a Complex Chapter 11 case.

An Expedited Hearing is scheduled to be held before the **Honorable Eric L. Frank on September \_\_\_\_, 2015 at _____ \_\_.m in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**. At the Expedited Hearing, the court will consider the Debtors' motion(s) and application(s) that are listed below:

1. Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015(b) and Granting Other Related Relief;

2. Debtors' Motion for an Order Pursuant to 11 U.S.C. § 363(c) and Fed.R.Bankr.P. 4001 Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection;

3. Motion of Rotondo Weirich Enterprises, Inc. for an Order (a) Authorizing the Debtor to Pay Certain Pre-Petition (i) Wages, Salaries, and Other Compensation, (ii) Reimbursable Employee Expenses, and (iii) Employee Medical and Similar Benefits; (b) Confirming that the Debtor may Continue Pre-Petition Employee Programs in the Ordinary Course of Business; and (c) Directing Banks and Other Financial Institutions to Honor all Related Checks and Electronic Payment Requests;

4. ~~Motion for Entry of Interim and Final Orders: (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Services; (II) Deeming Utility Companies to have Adequate Assurance of Payment; and (III) Establishing Procedures for Determining Requests for Additional Assurance Pursuant to 11 U.S.C. § 366(b); and~~

5. Motion for Entry of an Order Extending Debtors' Time to File Schedules and Statements of Financial Affairs Pursuant to Fed.R.Bankr.P. 1007(c).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in a motion or an application, or if you object to the Debtors' chapter 11 cases being administered as a Complex Chapter 11 case, or if you want the court to consider your views on a motion or an application, then you or your attorney must

    (a)    file an answer or objection explaining your position at

> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> 900 Market Street, Suite 400
> Philadelphia, PA 19107; or

    (b)    come to the Expedited Hearing on **September \_\_\_\_\_, 2015 at _____ \_\_.m.** and either

        (i)    file an answer or objection explaining your position by delivering it to the court, or

        (ii)    orally present an answer or objection explaining your position.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the start of the Expedited Hearing on **September \_\_\_\_\_, 2015 at _____ \_\_.m.**

    2.    If you file an answer or objection with the bankruptcy clerk's office or with the court at the Expedited Hearing, you must also provide a copy of your answer or objection to the Debtors' attorney. You may have it delivered by mail or other means of delivery to the Debtors' attorney at the address shown below before the date of the Expedited Hearing or you may deliver it to the Debtors' attorney at the Expedited Hearing.

> Aris J. Karalis, Esquire
> Robert W. Seitzer, Esquire
> Maschmeyer Karalis P.C.
> 1900 Spruce Street
> Philadelphia, PA  19103
> Phone No. (215) 546-4500
> Fax No. (215) 985-4175

    3.    If you or your attorney do not take the steps described in paragraphs 1 and 2 above, the court may enter an order granting the relief requested in a motion or an application.

    4.    Copies of motion(s) and application(s) that will be heard at the Expedited Hearing are enclosed.

5. Unless the court orders otherwise, the hearing will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

**MASCHMEYER KARALIS P.C.**

By: _____
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Proposed Attorneys for the Debtors

Dated: August _____, 2015