IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **ROTONDO WEIRICH ENTERPRISES, INC.** | : | BANKRUPTCY NO. 15-16146(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| **ROTONDO WEIRICH, INC.** | : | BANKRUPTCY NO. 15-16147(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| **THREE NORTH POINTE ASSOCIATES, LLC** | : | BANKRUPTCY NO. 15-16148(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| **RW LEDERACH, LLC** | : | BANKRUPTCY NO. 15-16149(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| **RW 675, LLC** | : | BANKRUPTCY NO. 15-16150(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| **RW MOTORSPORTS, INC.** | : | BANKRUPTCY NO. 15-16151(ELF) |
| Debtor | : | |

**CONSOLIDATED LIST OF CREDITORS HOLDING
<u>THE 30 LARGEST UNSECURED CLAIMS</u>**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Cases). The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtor's books and records as of approximately August 27, 2015.

The Consolidated List is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing in the Bankruptcy Cases. The Consolidated List does not include (1) persons who come with in the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List. In addition, this Consolidated List includes only those claims that are subject to invoices received by the Debtors prior to August 27, 2015. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.[1]

---

[1] The Debtors will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521, Fed.R.Bankr.P. 1007, and Pa. Bankr. L.R. 1007-1(b). The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify tany claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff, not is it an admission that the amounts listed are owed by more than one of the Debtors.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Helser Industries<br>10750 SW Tualatin Road<br>P.O. Box 1569<br>Tualatin, OR 97062 | | | | 1,822,072.51 |
| RJC Contracting, Inc.<br>2824 N. Power Road<br>Suite 113<br>PMB 116<br>Mesa, AZ 85215 | | | | 1,306,533.56 |
| MIJACK TSI<br>P.O. Box 88486<br>Chicago, IL 60682-1486 | | | | 620,805.15 |
| White Cap Industries<br>P.O. Box 4852<br>Orlando, FL 32802-4852 | | | | 408,371.67 |
| Pro Detention, Inc.<br>d/b/a Viking Products Inc<br>P.O. Box 41047<br>Baton Rouge, LA 70835 | | | | 396,871.94 |
| Associated Ready Mix<br>4621 Teller Ave #130<br>Newport Beach, CA 92660 | | | | 396,696.30 |
| Acorn Engineering<br>P.O. Box 3527<br>City of Industry, CA 91744 | | | | 231,432.00 |
| Bragg Heavy Transport<br>P.O. Box 727<br>Long Beach, CA 90801-0727 | | | | 230,792.00 |
| American Express<br>Suite 0001<br>Chicago, IL 60679-0001 | | | | 203,733.54 |
| PPG Protective & Marine Coatings<br>P.O. Box 842409<br>Boston, MA 02284-2409 | | | | 170,772.04 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384 | | | | 147,462.50 |
| Pennoni Associates<br>P.O. Box 827328<br>Philadelphia, PA 19182 | | | | 141,849.62 |
| Global Security Glazing<br>6526 Solution Center<br>Chicago, IL 60677-6005 | | | | 133,308.04 |

| | | | | |
|---|---|---|---|---|
| Pimoris Demolition<br>2620 Merchantile Drive<br>Rancho Cordova, CA 95472 | | | | 117,968.00 |
| CCC Group, Inc.<br>5797 Dietrich Road<br>San Antonio, TX 78219 | | | | 111,298.55 |
| Bennett International Logistic<br>P.O. Box 100004<br>McDonough, GA 30253 | | | | 107,533.47 |
| Bragg Crane Service<br>457 Parr Boulevard<br>Richmond, CA 94801 | | | | 107,100.00 |
| Hinckley Allen & Snyder LLP<br>30 S. Pearl Street, Suite 901<br>Albany, NY 12207 | | | | 78,152.20 |
| ABG Caulking Contractors<br>861 Springfield Highway<br>Goodlettsville, TN 37072 | | | | 76,772.15 |
| ZFA Structural Engineers<br>1212 Fourth Street, Suite Z<br>Santa Rosa, CA 95404 | | | | 75,000.00 |
| Kirk Cote Manufacturing<br>1601 County Road 49<br>Hudson, CO 80642 | | | | 71,759.95 |
| Fastenal<br>P.O. Box 1286<br>Winona, MN 55987-1286 | | | | 62,252.68 |
| BJ Rentals<br>3959 Pacific Highway<br>San Diego, CA 92110 | | | | 61,090.86 |
| Coreslab<br>1370 Sturgis Road<br>Conway, AR 72034 | | | | 56,982.20 |
| Tanner Bolt & Nut<br>P.O. Box 28657<br>New York, NY 10087-8657 | | | | 54,204.53 |
| Aces Waste Services, Inc.<br>6500 Buena Vista Road<br>Ione, CA 95640 | | | | 53,036.07 |
| Kimmel & Associates<br>25 Page Avenue<br>Asheville, NC 28801 | | | | 51,750.00 |
| United Healthcare<br>Dept CH 10151<br>Palatine, IL 60055-0151 | | | | 44,415.24 |
| Complete Trucking<br>17384 Terra Linda<br>Victorville, CA 92392 | | | | 41,280.00 |
| Anchor 36, LLC<br>6 E. Third Street<br>Kenner, LA 70062 | | | | 37,575.00 |