**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | : | **CHAPTER 11** |
| **In re:** | : | |
| | : | |
| **ROTONDO WEIRICH ENTERPRISES, INC.** | : | **Bky. No.  15-16146 ELF** |
| | : | |
| **ROTONDO WEIRICH, INC.** | : | **Bky. No.  15-16147 ELF** |
| | : | |
| **THREE NORTH POINTE ASSOCIATES, LLC** | : | **Bky. No.  15-16148 ELF** |
| | : | |
| **RW LEDRACH, LLC** | : | **Bky. No.  15-16149 ELF** |
| | : | |
| **RW 675, LLC** | : | **Bky. No.  15-16150 ELF** |
| | : | |
| **RW MOTORSPORTS, INC.,** | : | **Bky. No.  15-16151 ELF** |
| | : | |
| **Debtors** | : | **(pending motion for joint** |
| | : | **administration)** |
| | : | |

**ORDER DIRECTING JOINT ADMINISTRATION**
**OF CASES AND RELATED RELIEF**

**AND NOW**, this **4th day of September 2015**, upon consideration of the Motion of Debtors for Joint Administration of Cases and Related Relief Pursuant to Bankruptcy Rule 1015 (the "Motion"); after notice and hearing; it appearing that the joint administration of the above captioned cases is in the best interest of the Debtors and their estates, creditors and other parties-in-interest;

It is hereby **ORDERED** that:

1. The Motion is granted.

2. The Debtors' chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases.

-1-

4. The caption of the Debtors' jointly administered chapter 11 cases shall read as follows and the Debtors shall not be required to list further information beyond that set forth below:

*UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| *In re:* | : | *Chapter  11* |
| *ROTONDO WEIRICH ENTERPRISES, INC.* | : | |
| *ROTONDO WEIRICH, INC.* | : | *Bky. No.  15-16146 ELF* |
| *THREE NORTH POINTE ASSOCIATES, LLC* | : | |
| *RW LEDRACH, LLC* | : | *JOINTLY ADMINISTERED* |
| *RW 675, LLC* | : | |
| *RW MOTORSPORTS, INC.,* | : | |
| | : | |
| *Debtors* | : | |

5.  The Clerk of the Court is directed forthwith to make separate docket entries with respect to each of the Debtors' chapter 11 cases as follows:

"*An Order has been entered in this case directing the joint administration, for procedural purposes only, of the chapter 11 cases of :*

**ROTONDO WEIRICH ENTERPRISES, INC., Bky. No.  15-16146;**
**ROTONDO WEIRICH, INC.,  Bky. No.  15-16147;**
**THREE NORTH POINTE ASSOCIATES, LLC, Bky. No.  15-16148;**
**RW LEDRACH, LLC, Bky. No. 15-16149;**
**RW 675, LLC, Bky. No.  15-16150; and**
**RW MOTORSPORTS, INC.,  Bky. No.  15-16151 ELF.**

**Bky. No. 16-16146** *should be consulted for all matters affecting this case* **EXCEPT** *that the Clerk shall maintain a separate Claims Register for each Debtor.*"

6.  Effective immediately, original docket entries shall be made in the case of **Rotondo Weirich, Enterprises, Inc. Bky. No. 15-16146** *EXCEPT* that all **PROOFS OF CLAIM** shall be filed in the case of the Debtor against whom the claim is asserted and the Clerk shall maintain **SEPARATE CLAIMS REGISTERS** for this purpose.

-2-

7. All professionals employed in the jointly administered bankruptcy cases are authorized to file interim  fee applications in the main case only without the need for time or expense allocations with respect to each of the cases, **PROVIDED HOWEVER**, that this authorization shall not preclude the U.S. Trustee or any party in interest from asserting in the future that a professional is obligated and should be required to allocate the time and expense among the jointly administered bankruptcy estates in connection with any compensation or reimbursement of expenses previously allowed or to be allowed by the court.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**