IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| : | |
| ROTONDO WEIRICH ENTERPRISES, INC. : | Bky. No. 15-16146(ELF) |
| ROTONDO WEIRICH, INC. : | |
| THREE NORTH POINTE ASSOCIATES, LLC : | JOINTLY ADMINISTERED |
| RW LEDERACH, LLC : | |
| RW 675, LLC : | |
| RW MOTORSPORTS, INC. : | |
| : | |
| **Debtors** : | |
| : | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, hereby certify that on the 4th day of September, 2015 I directed to be served a copy of the Interim Order Authorizing the Use of Cash Collateral and the Grant of Adequate Protection upon the parties on the attached list in the manner indicated thereon.

**MASCHMEYER KARALIS P.C.**

By: /s/ Aris J. Karalis
ARIS J. KARALIS
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Proposed Attorneys for the Debtors

Dated: September 4, 2015

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
dave.p.adams@usdoj.gov

Corrine Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
cbrennan@klehr.com

William R. Hinchman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
whinchman@klehr.com

Helser Industries, Inc.
c/o Jami B. Nimeroff, Esquire
Brown Wynn McGarry Nimeroff LLC
Two Commerce Sq., 2001 Market St., Ste 3420
Philadelphia, PA 19103

**VIA E-MAIL**

Rotondo Weirich Enterprises, Inc., et al.
Attn: Steven J. Weirich
681 Harleysville Pike
P.O. Box 429
Lederach, PA 19450

**VIA U.S. FIRST CLASS MAIL**

RJC Contracting, Inc.
Attn: Rick Carpenter
2824 N. Power Road, Suite 113
PMB 116
Mesa, AZ 85215

MIJACK TSI
Attn: John Lanigan
P.O. Box 88486
Chicago, IL 60680-1486

White Cap Industries
Attn: Austin Round
P.O. Box 4852
Orlando, FL 32802-4852

Pro Detention, Inc.
d/b/a Viking Products Inc
Attn: Mike Gordon
P.O. Box 41047
Baton Rouge, LA 70835

Associated Ready Mix
Attn: Steve Venolia
4621 Teller Ave #130
Newport Beach, CA 92660

Acorn Engineering
Attn: Rod Olsen
P.O. Box 3527
City of Industry, CA 91744

Bragg Heavy Transport
Attn: Bob Weyers, General Manager
P.O. Box 727
Long Beach, CA 90801-0727

American Express
P.O. Box 981540
El Paso, TX 79998-1540

PPG Protective & Marine Coatings
Attn: Robert Sanfrey
P.O. Box 842409
Boston, MA 02284-2409

Sunbelt Rentals
Attn: Officer, Agent or Director
P.O. Box 409211
Atlanta, GA 30384

Pennoni Associates
Attn: Officer, Agent or Director
P.O. Box 827328
Philadelphia, PA 19182

Global Security Glazing
Attn: Officer, Agent or Director
6526 Solution Center
Chicago, IL 60677-6005

Pimoris Demolition
Attn: Anne Palon, President
2620 Merchantile Drive
Rancho Cordova, CA 95742

CCC Group, Inc.
Attn: Tim Henning, President
5797 Dietrich Road
San Antonio, TX 78219

Bennett International Logistic
Attn: Charles Phillips, President
P.O. Box 100004
McDonough, GA 30253

Bragg Crane Service
Attn: Marilynn Bragg, President
457 Parr Boulevard
Richmond, CA 94801

Hinckley Allen & Snyder LLP
Attn: Charles R. Reppucci, Exec. Director
30 S. Pearl Street, Suite 901
Albany, NY 12207

ABG Caulking Contractors
Attn: Arles B. Greene, President
861 Springfield Highway
Goodlettsville, TN 37072

ZFA Structural Engineers
Attn: Kevin G. Zucco, Exec. Principal/CEO
1212 Fourth Street, Suite Z
Santa Rosa, CA 95404

Kirk Cote Manufacturing
Attn: Kirk Cote
1601 County Road 49
Hudson, CO 80642

Fastenal
Attn: Chris Riley
P.O. Box 1286
Winona, MN 55987-1286

BJ Rentals
Attn: Officer, Agent or Director
3959 Pacific Highway
San Diego, CA 92110

Coreslab
Attn: Officer, Agent or Director
1370 Sturgis Road
Conway, AR 72034

Tanner Bolt & Nut
Attn: Officer, Agent or Director
P.O. Box 28657
New York, NY 10087

Kimmel & Associates
Attn: Charlie Kimmel
25 Page Avenue
Asheville, NC 28801

United Healthcare
Attn: Officer, Agent or Director
Dept. CH 10151
Palatine, IL 60055-0151

Complete Trucking
Attn: Tom Graham
17384 Terra Linda
Victorville, CA 92392

Anchor 36, LLC
6 E. Third Street
Kenner, LA 70062

Hub Construction
Attn: Bob Gogo
P.O. Box 1269
San Bernardino, CA 92402