UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                                    Chapter 11

Rotondo Weirich Enterprises, Inc.                    Case No. 15-16146 (ELF)
Rotondo Weirich, Inc.                                **(Jointly Administered)**
Three North Pointe Associates, LLC.
RW Lederach, LLC.
RW 675, LLC.                                         APPOINTMENT OF COMMITTEE
RW Motorsports, Inc.                                 OF UNSECURED CREDITORS

              Debtor(s).
----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Grant R. Brooker; General Counsel; Bennett Motor Express, LLC., and Bennett International Logistics, LLC., 1001 Industrial Parkway, McDonough, Georgia Phone: (770) 914-2718/Fax: (678) 569-1265; E-Mail: grant.brooker@bennettig.com;

2. Brett Smith; Business Manager; Bragg Companies (Bragg Crane Service & Heavy Transport); 6242 Paramount Boulevard, Long Beach, California 90805; Phone: (562) 984-2463/Fax: (562) 984-2469; E-Mail: brett.smith@braggcrane.com;

3. Max R. Helser; President; Helser Industries, Inc; 10750 S.W. Tualatin Road; Tualatin, Oregon 97062; Phone: (503) 692-6909/Fax: (503) 692-1606; E-Mail: mhelser@helser.com;

                                                                       Andrew R. Vara
                                                                       Acting United States Trustee
                                                                       Region 3


                                                                _/s/ Dave P. Adams for_____
                                                                Frederic J. Baker
                                                               Assistant United States Trustee

DATED: September 22, 2015

Attorney assigned to this case: Dave P. Adams   (215) 597-4411