IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| **ROTONDO WEIRICH ENTERPRISES, INC.** | : | BANKRUPTCY NO. 15-16146(ELF) |
| Debtor | : | JOINTLY ADMINISTERED |
| In re: | : | CHAPTER 11 |
| **ROTONDO WEIRICH, INC.** | : | BANKRUPTCY NO. 15-16147(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| **THREE NORTH POINTE ASSOCIATES, LLC** | : | BANKRUPTCY NO. 15-16148(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| **RW LEDERACH, LLC** | : | BANKRUPTCY NO. 15-16149(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| **RW 675, LLC** | : | BANKRUPTCY NO. 15-16150(ELF) |
| Debtor | : | |
| In re: | : | CHAPTER 11 |
| **RW MOTORSPORTS, INC.** | : | BANKRUPTCY NO. 15-16151(ELF) |
| Debtor | : | |

**ORDER**

AND NOW, this 22nd day of Sept., 2015, upon consideration of the Application of Debtors to Employ Executive Sounding Board Associates LLC ("ESBA") as Financial Advisors Pursuant to 11 U.S.C. §§ 327 and 328(a) and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that ESBA has no interest adverse to the Debtors or the Debtors' estates with respect to the matters for which it is to be employed, and further that ESBA's retention is in the best interest of the creditors, it is hereby

ORDERED, that the Application is approved effective as of the date of the Application~~, it is further~~ , subject to any limitations based on Baker Botts L.L.P. v. ASARCO LLC, 135 S. Ct. 2158 (2015).

ORDERED, that the Debtors are authorized to employ ESBA as financial advisors for the purposes described in the Application; and it is further

ORDERED, that any and all compensation to be paid to ESBA for services rendered on the Debtors' behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, and/or any alternative arrangement for interim compensation as may be authorized by the Court.

---

HONORABLE ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE